## Arthur Lee GOODEN, II, Petitioner–Appellant,

v.

## D.A. BRAXTON, Respondent—Appellee.

### No. 04–6345.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2004.

Decided: Aug. 4, 2004.

Arthur Lee Gooden, II, Appellant pro se.

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Arthur Lee Gooden seeks to appeal the district court's order dismissing without prejudice for failure to exhaust state court remedies his petition filed under 28 U.S.C. § 2254 (2000).* We have independently reviewed the record and conclude that Gooden has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*

---

* Because there is no dispute in the record that exhaustion did not occur, this order is appealable. *See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064 (1993).